UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

Sentencing Minute Sheet for the Honorable Fernando J. Gaitan, Jr., Chief U. S. District Judge, Kansas City, MO

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No: 09-00366-05-CR-W-FJG |
| vs. | |
| CAMERON D. BENNETT | Date: 8/5/2011 |

| Plaintiff Counsel | Defendant Counsel |
|---|---|
| David Ketchmark, AUSA | Laine Cardarella, FPD |

| | |
|---|---|
| Time Commenced: 9:33 a.m. | Time Terminated: 9:44 a.m. |

## TOTAL TIME: 11 minutes

- X  Parties appear for hearing.
- X  Defendant sworn. Court sustained defendant's objection resulting in a total offense level of 13.
- X  Counsel make statements regarding sentence to be imposed. Allocution granted.

The Defendant is sentenced to Count 1.

**PROBATION:**
X  Court orders defendant placed on probation for a period of 5 years on Count 1.

**FINE:**
X  Waived

**SPECIAL ASSESSMENT:**
X  The Court imposes the following Special Assessment: $100.00 due immediately.

**RESTITUTION:** Restitution is ordered in the amount of $349,650.82, jointly & severally.

**SPECIAL CONDITIONS OF PROBATION:**
X  See J&C for special conditions of supervised release or probation.

X  Count 2 is dismissed upon motion of the Government.

Court Reporter: Gayle Wambolt          Joella Baldwin, Courtroom Deputy